In the Matter of the Application of SAUL BRACHFELD, Appellant, for a Peremptory Order of Mandamus Directed to DAVID DOWS, as Sheriff of the County of Nassau, Respondent.— Order denying petitioner's motion for a peremptory order

of mandamus directing the sheriff of Nassau county to levy upon and sell the property and assets of the city of Long Beach, pursuant to the execution issued upon petitioner's judgment, unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.